804

*A. R. Dorsey,* for plaintiff.　*Kobak & Levy,* for defendant.

RICE *et al. v.* RICE.

ATKINSON, J.  1. On the issues as to mental capacity of a grantor and undue influence exercised by the grantee in a suit to set aside certain deeds the following evidence was admissible:  "And he [A. J. Rice Sr.] seemed to be suffering from almost a complete loss of memory; and when he would make himself understood at all, his utterances and the

thoughts he seemed to be trying to convey indicated a complete loss of mental control."

2. On the conflicting evidence the judge did not err, after the grant of a nonsuit, in revoking the order of nonsuit at the same term and in reinstating the case.     *Judgment affirmed. All the Justices concur.*

No. 8537.   NOVEMBER 13, 1931.

*Copeland & Dukes,* for plaintiffs in error.
*W. E. Perry* and *Liltle & Dickerson,* contra.